UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROGER A. MAUER and CYNTHIA M. LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICA HOME MORTGAGE ACCEPTANCE, INC., AMERICA HOME MORTGAGE SERVICING INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and DOES I-X,<br><br>Defendants. | Case No.:   2:11-cv-00158-GMN-RJJ<br><br>**ORDER EXPUNGING *LIS PENDENS*** |

On December 23, 2011, this Court entered its Order granting two motions pending before the Court. [Dkt. No. 24.] Specifically, the Court granted Defendants' Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) and Motion to Expunge *Lis Pendens*. [Dkt Nos. 10 and 16, respectively.]

IT IS HEREBY ORDERED that, pursuant to NRS § 14.015, the *Lis Pendens* recorded against the real property located at 5495 N. Durango Drive, Las Vegas, Nevada 89149, APN 125-32-501-049 (the "Property), in the official records of Clark County, Nevada as Instrument Number 20110609-0003696, is hereby cancelled and expunged, said cancellation having the same effect as an expungement of the original notice;

///

IT IS FURTHER ORDERED that Defendants American Home Mortgage Servicing, Inc., erroneously sued herein as America Home Mortgage Servicing, Inc., and Mortgage Electronic Registration Systems, Inc. shall record a copy of this Order in the official records of Clark County, Nevada.

**DATED** this 27th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

BROOKS BAUER LLP

By: /s/Regina A. Habermas, Esq.
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Regina A. Habermas, Esq.
Nevada Bar No. 8481
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1191
Fax (702) 851-1198
Attorneys for Defendants